UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FOY H. DANIELS,  )
 )
 )
v.  )   **JUDGMENT**
 )
 )   No. 5:06-CV-320-BO
 )
MICHAEL ASTRUE,  )
Commissioner of Social Security  )

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion is GRANTED and Defendant's Motion is DENIED. The decision below is REVERSED, with benefits awarded to Plaintiff as of October 30, 2005.(BOYLE, J)

**This Judgment Filed and Entered on August 21, 2007, and Copies To:**

Robert E. Fuller, Jr.
Attorney at Law
P O Box 1121
Goldsboro, NC 27533-1121

Charlene P. Bellinger-Honig
Social Security Administration
Rm. 617 Altmeyer Bldg.
6401 Security Blvd.
Baltimore, MD 21235

/s/Dennis Iavarone
Clerk of Court